IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **SUZANNE RIZZO** | ) | No. 16 B 13446 |
| | ) | |
| Debtor(s) | ) | |

## **PROOF OF SERVICE**

TO:      See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and

Applications for Compensation and Deadline to Object, was sent on March 28, 2017, by

First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                    BY:/s/ Joseph E. Cohen_____
                                                One of His Attorney

Service List:

Capital One NA
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Bank of America, NA
P.O. Box 31785
Tampa, FL   33631-3785

David Siegel
davidsiegellaw@hotmail.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov