UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
RIZZO, SUZANNE L. § Case No. 16-13446
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 987,225.00 *(Without deducting any secured claims)* | Assets Exempt: 46,400.00 |
| Total Distributions to Claimants: 419.39 | Claims Discharged Without Payment: 3,658.00 |
| Total Expenses of Administration: 4,647.00 | |

3) Total gross receipts of $ 15,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 9,933.61 (see **Exhibit 2**), yielded net receipts of $ 5,066.39 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,755,425.00 | $ 381,590.13 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,647.00 | 4,647.00 | 4,647.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,019.00 | 417.16 | 417.16 | 419.39 |
| **TOTAL DISBURSEMENTS** | $ 1,759,444.00 | $ 386,654.29 | $ 5,064.16 | $ 5,066.39 |

4) This case was originally filed under chapter 7 on 04/20/2016 . The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/08/2017         By:/s/JOSEPH E. COHEN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2014 Ford Escape | 1129-000 | 5,500.00 |
| 2002 Searay 17' 182 Bowrider | 1129-000 | 9,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 15,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| SUZANNE L. RIZZO | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 9,933.61 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 9,933.61** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City Ntl Bk/Ocwen Loan Service Attn:Bankruptcy Dept Po Box 24738 West Palm Beach, FL 33416 | | 241,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Seterus Inc 14523 Sw Millikan Way St Beaverton, OR 97005 | | 754,000.00 | NA | NA | 0.00 |
| | Wells Fargo Dealer Services Po Box 3569 Rancho Cucamonga, CA 91729 | | 6,425.00 | NA | NA | 0.00 |
| 000002 | BANK OF AMERICA, N.A. | 4110-000 | 754,000.00 | 381,590.13 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 1,755,425.00** | **$ 381,590.13** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 1,256.64 | 1,256.64 | 1,256.64 |
| COHEN, JOSEPH E. | 2200-000 | NA | 0.97 | 0.97 | 0.97 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 7.19 | 7.19 | 7.19 |
| ASSOCIATED BANK | 2600-000 | NA | 126.16 | 126.16 | 126.16 |
| COHEN & KROL | 3110-000 | NA | 2,161.34 | 2,161.34 | 2,161.34 |
| JOSEPH COHEN, ATTORNEY | 3110-000 | NA | 1,080.66 | 1,080.66 | 1,080.66 |
| COHEN & KROL | 3120-000 | NA | 14.04 | 14.04 | 14.04 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 4,647.00** | **$ 4,647.00** | **$ 4,647.00** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Correspondence FL-1-908-01-49 Po Box 31785 Tampa, FL 33631 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bnkunted Fsb Attn: Bankruptcy Department 7815 Nw 148th St. Miami Lakes, FL 33016 | | 0.00 | NA | NA | 0.00 |
| | Bnkunted Fsb Attn: Bankruptcy Department 7815 Nw 148th St. Miami Lakes, FL 33016 | | 0.00 | NA | NA | 0.00 |
| | Chasecard Bankruptcy Department PO Box 15298 Wilmington, DE 19850 | | 604.00 | NA | NA | 0.00 |
| | JP Morgan PO Box 659754 San Antonio, TX 78265-9754 | | 0.00 | NA | NA | 0.00 |
| | Worlds Foremost Bank N Attn: Collections Po Box 82608 Lincoln, NE 68501 | | 3,054.00 | NA | NA | 0.00 |
| 000001 | CAPITAL ONE NA | 7100-000 | 361.00 | 417.16 | 417.16 | 417.16 |
| | CAPITAL ONE NA | 7990-000 | NA | NA | NA | 2.23 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 4,019.00 | $ 417.16 | $ 417.16 | $ 419.39 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | |
|---|---|
| Case No: 16-13446   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: RIZZO, SUZANNE L. | Date Filed (f) or Converted (c): 04/20/16 (f) |
| | 341(a) Meeting Date: 06/09/16 |
| For Period Ending: 06/08/17 | Claims Bar Date: 11/10/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, 26577 N FairfieldWauconda IL   Single-family home, 26577 N FairfieldWauconda IL 60084-0000 | 754,000.00 | 0.00 | | 0.00 | FA |
| 2. Condominium or cooperative, 10 E Ontario Unit 250   Condominium or cooperative, 10 E Ontario Unit 2504Chicago IL 60611-0000 | 241,000.00 | 0.00 | | 0.00 | FA |
| 3. 2014 Ford Escape   2014 Ford Escape | 8,775.00 | 0.00 | | 5,500.00 | FA |
| 4. 2008 Ford Edge   2008 Ford Edge | 6,425.00 | 0.00 | | 0.00 | FA |
| 5. 2002 Searay 17' 182 Bowrider   2002 Searay 17' 182 Bowrider | 9,500.00 | 0.00 | | 9,500.00 | FA |
| 6. Household Goods & Furniture   Household Goods & Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 7. TV & Electronics   TV & Electronics | 300.00 | 0.00 | | 0.00 | FA |
| 8. Normal Apparel   Normal Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 9. 1 dog and 2 cats   1 dog and 2 cats | 100.00 | 0.00 | | 0.00 | FA |
| 10. Checking/Savings Account Chase Bank   Checking/Savings Account Chase Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Savings account with daughter   Savings account with daughter | 0.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 20.00a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 16-13446 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | RIZZO, SUZANNE L. | | | Date Filed (f) or Converted (c): | 04/20/16 (f) |
| | | | | 341(a) Meeting Date: | 06/09/16 |
| | | | | Claims Bar Date: | 11/10/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. ERISA Qualified 401k | 15,000.00 | 0.00 | | 0.00 | FA |
| ERISA Qualified 401k | | | | | |
| 13. Term Life Insurance Death Benefit Only | 0.00 | 0.00 | | 0.00 | FA |
| Term Life Insurance Death Benefit Only | | | | | |

TOTALS (Excluding Unknown Values)     $1,037,100.00     $0.00         $15,000.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SENT TFR TO US TEE FOR REVIEW 3/21/17

TRUSTEE IS REVIEWING CLAIMS; TFR TO FOLLOW - 1/11/17.  TRUSTEE SOLD THE DEBTORS INTEREST IN VEHICLE AND BOAT - 10/31/16.
TRUSTEE HELD 341 MEETING AND WILL FILE MOTION TO SELL ASSETS - 7/30/16.

Initial Projected Date of Final Report (TFR): 03/30/17     Current Projected Date of Final Report (TFR): 03/30/17

LFORM1     Ver: 20.00a

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 16-13446 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | RIZZO, SUZANNE L. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6504  Checking Account |
| Taxpayer ID No: | *******3932 | | | |
| For Period Ending: | 06/08/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/06/16 | 3, 5 | SUZANNE RIZZO | liquidation of boat and vehicle | 1129-000 | 15,000.00 | | 15,000.00 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.98 | 14,982.02 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.27 | 14,959.75 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.52 | 14,938.23 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.21 | 14,916.02 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.18 | 14,893.84 |
| 02/20/17 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street, Ste 420 New Orleans, LA  70139 | BOND#016073584 | 2300-000 | | 7.19 | 14,886.65 |
| 03/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.00 | 14,866.65 |
| 05/22/17 | 300002 | JOSEPH E. COHEN, ATTORNEY 105 W. MADISON, STE 1100 CHICAGO, IL  60602 | Claim ADMIN, Payment 100.00000% | 3110-000 | | 1,080.66 | 13,785.99 |
| 05/22/17 | 300003 | COHEN & KROL, Attorneys 105 West Madison Street Chicago, IL 60602 | Claim ADMIN 1, Payment 100.00000% | | | 2,175.38 | 11,610.61 |
| | | | Fees           2,161.34 | 3110-000 | | | |
| | | | Expenses         14.04 | 3120-000 | | | |
| 05/22/17 | 300004 | JOSEPH E. COHEN, Trustee 105 W. Madison, Ste 1100 Chicago, IL  60602 | Claim ADMIN 1, Payment 100.00000% | | | 1,257.61 | 10,353.00 |
| | | | Fees           1,256.64 | 2100-000 | | | |
| | | | Expenses          0.97 | 2200-000 | | | |
| 05/22/17 | 300005 | Capital One NA c/o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Claim 000001, Payment 100.53457% | | | 419.39 | 9,933.61 |
| | | | Claim            417.16 | 7100-000 | | | |

Page Subtotals        15,000.00        5,066.39

Ver: 20.00a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 16-13446 -ABG |
| Case Name: | RIZZO, SUZANNE L. |
| Taxpayer ID No: | *******3932 |
| For Period Ending: | 06/08/17 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6504  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/22/17 | 300006 | SUZANNE L. RIZZO<br>26577 N. FAIRFIELD<br>WAUCONDA, IL  60084 | Interest                2.23<br>Surplus Funds | 7990-000<br>8200-002 | | 9,933.61 | 0.00 |

|  |  | Deposits | Disbursements | Balance |
|---|---|---|---|---|
| | COLUMN TOTALS | 15,000.00 | 15,000.00 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 15,000.00 | 15,000.00 | |
| | Less:  Payments to Debtors | | 9,933.61 | |
| | Net | 15,000.00 | 5,066.39 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6504 | 15,000.00 | 5,066.39 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 15,000.00 | 5,066.39 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        9,933.61

Ver: 20.00a